UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
PETER SCHIFF,                                   :
                                                :
                Petitioner,     :     Docket No.   cv
                                                :
      - against -                              :
                                                :
QENTA INC., RESPONSIBLE GOLD TRADING DMCC, :     **CERTIFICATE OF SERVICE**
and G-COMMERCE DMCC,                            :
                                                :
                Respondents.    :
------------------------------------------------------------------ x

I hereby certify that on August 5, 2025, a copy of the foregoing Notice of Removal was served by FedEx, overnight delivery, on:

    Peter M. Chema, Esq.
    55 Park View Road, South
    Pound Ridge, New York 10576
    (914) 393-8492

    *Attorneys for Petitioner*

With a copy by email to pchema.law@gmail.com

I further certify that on August 5, 2025, I filed a Notice of Filing of Notice of Removal electronically to the New York State Court Electronic Filing system ("NYSCEF"). A copy of the NYSCEF confirmation notice of that filing is attached.

                                                          /s/Elan R. Dobbs
                                                          ELAN R. DOBBS



# NYSCEF Confirmation Notice
# Westchester County Supreme Court

The NYSCEF website has received an electronic filing on 08/05/2025 02:35 PM. Please keep this notice as a confirmation of this filing.

**67774/2025**
**Peter Schiff v. QENTA, INC. et al**
Assigned Judge: Linda S. Jamieson

## Documents Received on  08/05/2025 02:35 PM

| Doc # | Document Type |
|---|---|
| 28 | NOTICE OF REMOVAL / REMAND (POST RJI) |

## Filing User

ELAN R DOBBS | edobbs@katskykorins.com | 212-716-3286
Katsky Korins Llp 605 Third Avenue, New York, NY 10158

## E-mail Service Notifications

An email regarding this filing has been sent to the following on 08/05/2025 02:35 PM:

  PETER MANUEL CHEMA - pmchemalaw@gmail.com
  ELAN R DOBBS - edobbs@katskykorins.com

Timothy C. Idoni - http://www.westchesterclerk.com

**NYSCEF Resource Center, nyscef@nycourts.gov**
Phone: (646) 386-3033 | Fax: (212) 401-9146 | Website: www.nycourts.gov/efile

Page 1 of  1