UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
PETER SCHIFF,                                                    :
                                                                 :
                      Petitioner,         :
                                                                 :   25 Civ. 6426
           - against -                                    :
                                                                 :
QENTA INC., RESPONSIBLE GOLD TRADING DMCC, :
and G-COMMERCE DMCC,                                             :
                                                                 :
                      Respondents.       :
------------------------------------------------------------------ x

## NOTICE OF APPEARANCE

Please take notice that, without prejudice to any and all defenses to be raised pursuant to Rule 12 of the Federal Rules of Civil Procedure or otherwise, the undersigned attorney, Daniel R. Walfish, of the law firm Katsky Korins LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel for Respondents Qenta Inc., Responsible Gold Trading DMCC, and G-Commerce DMCC in the above-captioned action and respectfully requests that all papers in this action be served upon him.

Date: August 6, 2025

                                                    */s/ Daniel R. Walfish*
                                                    Daniel R. Walfish
                                                    KATSKY KORINS LLP
                                                    605 Third Avenue
                                                    New York, NY 10158
                                                    Tel.: 212-716-3293
                                                    dwalfish@katskykorins.com