UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
PETER SCHIFF,                                    :
                                                 :
                Petitioner,    :
                                                 :   25 Civ. 6426
        - against -                       :
                                                 :
QENTA INC., RESPONSIBLE GOLD TRADING DMCC,       :
and G-COMMERCE DMCC,                             :
                                                 :
                Respondents.   :
------------------------------------------------------------------ x

## RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Respondents through counsel certify as follows:

      1.     The parent of Respondent Qenta Inc. ("Qenta") is De Jong Capital LLC. The parent of Respondents Responsible Gold Trading DMCC ("RFG") and G-Commerce DMCC ("G Commerce") is Emergent Technology Ltd. ("Emergent"), the parent of which is Respondent Qenta. No publicly-held corporation owns 10% or more of the stock of any Respondent or of their parents.

      2.     Respondent Qenta is a Delaware corporation with its principal place of business in Texas.

      3.     Respondents RFG and G-Commerce are free zone companies incorporated under the laws of the United Arab Emirates with their principal place of business in Dubai, United Arab Emirates.

      4.     Respondents RFG and G-Commerce are wholly owned by Emergent. Emergent is an exempted company incorporated in the Cayman Islands with limited liability that has its principal place of business in Texas. Emergent in turn is wholly owned by Respondent Qenta.

5. Each of the Respondents is, therefore, a citizen of Delaware, Texas and/or foreign states.

| | |
|---|---|
| Date: August 6, 2025 | /s/ Daniel R. Walfish |

Daniel R. Walfish
Elan R. Dobbs
KATSKY KORINS LLP
605 Third Avenue
New York, NY 10158
Tel.: 212-716-3293
dwalfish@katskykorins.com

*Attorneys for Respondents*