UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER SCHIFF,<br><br>         Petitioner,<br><br> v.<br><br>QENTA INC., RESPONSIBLE GOLD TRADING DMCC, and G-COMMERCE DMCC<br><br>         Respondents. | Civ. Action No. 1:25-cv-06426-PKC<br><br>NOTICE OF APPEARANCE |

**PLEASE TAKE NOTICE** that Matthew R. DiBlasi, Esq., of Holland & Knight LLP, hereby appears in the above-captioned action as counsel for Petitioner Peter Schiff and respectfully requests that all notices and copies of pleadings, papers, and other materials relevant to this action be directed and served upon the undersigned.

Dated: New York, New York
    August 7, 2025

                     Respectfully submitted,

                     HOLLAND & KNIGHT LLP

                     By: /s/ Matthew R. DiBlasi

                     Matthew R. DiBlasi
                     787 Seventh Avenue
                     New York, NY 10019
                     Email: matthew.diblasi@hklaw.com
                     Telephone: (212) 513-3539

                     *Attorneys for Petitioner Peter Schiff*