**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PETER SCHIFF,<br><br>                                    Petitioner,<br><br>v.<br><br>QENTA INC., RESPONSIBLE GOLD TRADING DMCC, and G-COMMERCE DMCC<br><br>                                    Respondents. | Civ. Action No. 1:25-cv-06426-PKC<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Elliot A. Magruder, Esq., of Holland & Knight LLP, hereby appears in the above-captioned action as counsel for Petitioner Peter Schiff and respectfully requests that all notices and copies of pleadings, papers, and other materials relevant to this action be directed and served upon the undersigned.

Dated:  New York, New York
            August 7, 2025

                                                                    Respectfully submitted,

                                                                    HOLLAND & KNIGHT LLP

                                                                    By: /s/ Elliot A. Magruder

                                                                    Elliot A. Magruder
                                                                    787 Seventh Avenue
                                                                    New York, NY 10019
                                                                    Email: elliot.magruder@hklaw.com
                                                                    Telephone: (212) 513-3238

                                                                    *Attorneys for Petitioner Peter Schiff*