# Holland & Knight

787 Seventh Avenue | New York, New York 10019 | T +1.212.513.3200 | F +1.212.385.9010
Holland & Knight LLP | www.hklaw.com

Matthew R. DiBlasi
+1 212-513-3539
Matthew.DiBlasi@hklaw.com

August 7, 2025

*Via ECF*

Hon. P. Kevin Castel
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
New York, New York 10007

  Re: *Schiff v. Qenta Inc., et al.*, No. 1:25-cv-06426-PKC (S.D.N.Y.)

Dear Judge Castel:

  Holland & Knight LLP was retained this afternoon to represent Petitioner Peter Schiff ("Petitioner") in the above-referenced matter. We write in response to the Court's Memorandum Endorsement (ECF No. 7) issued at 4:59 p.m. on August 6th, 2025 that sets a deadline of 2 p.m. on August 8th for Petitioner to respond to the pre-motion letter submitted by counsel for Respondents Qenta, Inc., Responsible Gold Trading DMCC, and G-Commerce DMCC (collectively, "Respondents"). *See* ECF No. 6. There is no currently set conference, but Petitioner's counsel can be available for a conference next week at the Court's convenience.

  In order to allow my firm to get up to speed and permit full and fair presentation of Petitioner's position, we respectfully request an extension of the deadline to respond to Respondents' pre-motion letter to Tuesday, August 12th. In addition, we respectfully request that should the Court permit Respondents to submit briefing (as they have requested), that Petitioner be afforded a right of reply within a reasonable time thereafter to be set by the court.

            Respectfully submitted,

            */s/ Matthew R. DiBlasi*
            Matthew R. DiBlasi

            *Counsel for Petitioner*

cc: All counsel of record

Atlanta | Austin | Birmingham | Boston | Century City | Charlotte | Chattanooga | Chicago | Dallas | Denver | Fort Lauderdale
Houston | Jacksonville | Los Angeles | Miami | Nashville | Newport Beach | New York | Orlando | Philadelphia
Portland | Richmond | San Francisco | Stamford | Tallahassee | Tampa | Tysons | Washington, D.C. | West Palm Beach

Algiers | Bogotá | London | Mexico City | Monterrey