UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

PETER SCHIFF,                                           :
                                                        :
                              Petitioner,               :
                                                        :          25 Civ. 6426 (PKC)
              - against -                                :
                                                        :
QENTA INC., RESPONSIBLE GOLD TRADING DMCC, :
and G-COMMERCE DMCC,                                    :
                                                        :
                              Respondents.              :
------------------------------------------------------------------ x

## [PROPOSED] ORDER TO SHOW CAUSE

The Court having reviewed the accompanying Declaration of Brent de Jong, Declaration of Daniel Walfish, and Respondents' accompanying Memorandum of Law, each dated August 12, 2025, and Supreme Court of the State of New York, Westchester County, having issued an *ex parte* temporary restraining order prior to the removal of this action, and counsel for all parties having appeared via ECF, and upon all the papers, pleadings, and proceedings heretofore had herein:

It is HEREBY ORDERED that, pursuant to Federal Rule of Procedure 65(b)(4), Petitioner Peter Schiff shall appear on August 14, 2025, at ___ a.m./p.m. in Courtroom 11D, 500 Pearl Street, New York, New York, or at such sooner time set by the Court, to show cause why an order pursuant to Federal Rules of Procedure 65(b)(4) should not be entered dissolving the August 1, 2025 temporary restraining order issued by the state court in this matter.

It is FURTHER ORDERED that Petitioner's papers, if any, must be served and filed by ECF by August 14, 2025 at ___ a.m./p.m.

It is FURTHER ORDERED that Respondents' request to deny the preliminary injunctive relief sought by Petitioner and dismiss this action shall be treated as if brought on by ordinary

motion (with service on August 12, 2025), with opposition and reply papers due as set forth in Local Civil Rule 6.1(b).

It is FURTHER ORDERED that docketing of this Order via ECF shall constitute good and sufficient service of this Order.

It is SO ORDERED this ____ day of August, 2025 at _____ a.m./p.m.

_____
Hon. Kevin P. Castel, U.S.D.J.