UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER SCHIFF,

                        Petitioner,

    v.

QENTA INC., RESPONSIBLE GOLD TRADING DMCC, and G-COMMERCE DMCC

                        Respondents.

Civ. Action No. 1:25-cv-06426-PKC

**NOTICE OF APPEARANCE**

       **PLEASE TAKE NOTICE** that Stosh M. Silivos, Esq., of Holland & Knight LLP, hereby appears in the above-captioned action as counsel for Petitioner Peter Schiff and respectfully requests that all notices and copies of pleadings, papers, and other materials relevant to this action be directed and served upon the undersigned.

Dated:  New York, New York
         August 13, 2025

                                        Respectfully submitted,

                                        HOLLAND & KNIGHT LLP

                                        By: /s/ Stosh M. Silivos

                                        Stosh M. Silivos
                                        787 Seventh Avenue
                                        New York, New York 10019
                                        Email: stosh.silivos@hklaw.com
                                        Telephone: (212) 513-3533

                                        *Attorneys for Petitioner Peter Schiff*