```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
PETER SCHIFF,                                                    :
                                                                 :
                        Petitioner,                              :
                                                                 :     25 Civ. 6426 (PKC)
        - against -                                              :
                                                                 :     ORDER
QENTA INC., RESPONSIBLE GOLD TRADING DMCC,                       :
and G-COMMERCE DMCC,                                             :
                                                                 :
                        Respondents.                             :
-----------------------------------------------------------------x
```

For the reasons stated on the record of a hearing held today, the temporary restraining order ("TRO") entered on August 1, 2025, in Supreme Court, Westchester County in this action prior to removal of this action to this Court is VACATED. Schiff is the sole shareholder of Euro Pacific International Bank, Inc ("EBP") but has not shown his authority to act on its behalf. EBP is not a party to the action nor is Wigberto Lugo Mender, Esq., CPA, Trustee in the Liquidation of Euro Pacific International Bank, Inc (sometimes referred to as the Receiver) appointed by the Commonwealth of Puerto Rico's Oficina del Comisionado de Instituciones Financieras. The actual or intended arbitration before the ICC is on behalf of Schiff, individually as shareholder, and not on behalf of EPB or the Trustee. The Court concludes that Schiff has failed to demonstrate that he has the authority to seek the injunctive relief requested and thus there is no probability of success on the merits.

Defendants' may move to dismiss for lack of standing or authority to obtain the relief sought, unless Schiff elects to agree to dismissal.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       August 13, 2025
       4:45 PM