**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

PETER SCHIFF,

                             Petitioner,

        v.

QENTA INC., RESPONSIBLE GOLD TRADING
DMCC, and G-COMMERCE DMCC

                          Respondents.

No. 1:25-cv-06426-PKC

**NOTICE OF VOLUNTARY**
**DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Petitioner Peter

Schiff, by his counsel, Holland & Knight LLP, hereby gives notice that the above-captioned action

is voluntarily dismissed, without prejudice, against all Respondents.

Date:  New York, New York
       August 19, 2025

Respectfully submitted,

HOLLAND & KNIGHT LLP

By:/s Elliot A. Magruder

Elliot A. Magruder
787 Seventh Avenue
New York, New York 10019
Email: elliot.magruder@hklaw.com
Telephone: (212) 513-3238

*Attorneys for Petitioner Peter Schiff*

#526160413_v1